IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LINDA FRANCIS and THOMAS FRANCIS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 6:23-CV-03237-MDH ) |
| DEVON MENDENALL, DAKOTA MILLARD and CHRISTOPHER STANLEY, | ) ) ) ) |
| Defendants. | ) |

## ORDER FOR APPOINTMENT OF NEXT FRIEND

Pursuant to discussions during the telephone conference held June 4, 2024, Plaintiffs Linda and Thomas Francis are appointed as next friend of D.F., K.F. and W.F. to participate in the wrongful death settlement in this case. Both parties orally informed the Court they had no objection to this appointment. Defendants' motion to appoint Shaina Francis as next friend is therefore moot.

**IT IS SO ORDERED**.

DATED: June 4, 2024            */s/ Douglas Harpool*
                               **DOUGLAS HARPOOL**
                               **UNITED STATES DISTRICT JUDGE**